MELINDA HAAG (CASBN 132612)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

JEFFREY B. SCHENK (CASBN 234355)
Assistant United States Attorney

  150 Almaden Boulevard
  San Jose, California 95113
  Telephone: (408) 535-2695
  Facsimile:  (408) 535-5066
  Email: jeffrey.b.schenk@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>   Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BETH PINA, ) <br> ) <br>   Defendant. ) <br> ) <br> _____ ) | No.   CR 10-00730-JF <br><br> STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM OCTOBER 14, 2010 TO OCTOBER 28, 2010 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(7)(A)) |

     On October 14, 2010, the parties appeared for a hearing before this Court.  At that hearing, the government and defense requested an exclusion of time under the Speedy Trial Act based upon the defense counsel's need to effectively prepare by reviewing discovery materials to be provided by the government.  At that time, the Court set the matter for a hearing before Judge Fogel on October 28, 2010.

     The parties stipulate that the time between October 14, 2010 and October 28, 2010 is excluded under the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  Finally, the parties agree

1

1  that the ends of justice served by granting the requested continuance outweigh the best interest of
2  the public, and the defendant in a speedy trial and in the prompt disposition of criminal cases.  18
3  U.S.C. §3161(h)(7)(A).

5  DATED: October 14, 2010                    MELINDA HAAG
                                              United States Attorney

7                                             ___/s/_____
                                              JEFFREY B. SCHENK
8                                             Assistant United States Attorney

10                                            ___/s/_____
                                              ROBERT CAREY
11                                            Attorney for Defendant

**ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the time between October 14, 2010 and October 28, 2010 is excluded under the Speedy Trial Act, 18 U.S.C. §3161.  The court finds that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  Furthermore, the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.  The court therefore concludes that this exclusion of time should be made under 18 U.S.C. §3161(h)(7)(A).

IT IS SO ORDERED.

DATED: 10/25/10

~~HOWARD R. LLOYD~~ JEREMY FOGEL
UNITED STATES ~~MAGISTRATE~~ DISTRICT JUDGE