```
 1  ROBERT E. CAREY, JR., ESQ. (SBN 47556)
    CAREY & CAREY
 2  706 COWPER STREET
    P.O. BOX 1040
 3  PALO ALTO, CA  94302-1040
    650/328-5510
 4  650/853-3632 FAX

 5  Attorneys for Defendant
    BETH PINA
 6
 7
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.   CR-10-00730-LHK |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE DATE SET FOR JUDGMENT AND SENTENCING AND [~~proposed~~] ORDER THEREON |
| vs. | |
| BARBRA ALEXANDER, et al., | |
| Defendants. | |

ITS IS HEREBY STIPULATED, by and between AMBER ROSEN, ESQ., AND JEFFREY SCHENK, ESQ., attorneys for the UNITED STATES OF AMERICA, and ROBERT E. CAREY, JR., counsel for Defendant BETH PINA, that the date set for judgment and sentence which is currently set for March 27, 2013 at 9:00 a.m., be continued to April 24, 2013 at 9:00 a.m. so that the matter may be fully prepared for the probation department.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

In this regard, defense counsel has contacted the probation officer, Insa Belochi, and advised him of this request.

IT IS SO STIPULATED.

DATED: February 11, 2013          CAREY & CAREY

                                                         /S/
                                  ROBERT E. CAREY, JR. Attorneys for
                                  Defendant BETH PINA

DATED: February 11, 2013          UNITED STATES OF AMERICA

                                                         /s/
                                  JEFF SCHENK,
                                  Assistant U.S. Attorney

DATED: February 11, 2013          UNITED STATES OF AMERICA

                                                         /s/
                                  AMBER ROSEN,
                                  Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING THEREFORE, it is hereby ordered, adjudged, and decreed, that the judgment and sentencing of Ms. PINA currently set for March 27, 2013 at 9:00 a.m., be continued to April 24, 2013 at 9:00 a.m.

IT IS SO ORDERED.

DATED: 2/12/13                    *Lucy H. Koh*
                                  JUDGE @ 7M"?C<