MELINDA HAAG (CASBN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JEFFREY B. SCHENK (CASBN 234355)
Assistant United States Attorney

 150 Almaden Boulevard
 San Jose, California 95113
 Telephone: (408) 535-2695
 Facsimile:  (408) 535-5066
 Email: jeffrey.b.schenk@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>BETH PINA,<br><br>    Defendant. | No.    CR 10-00730-JF<br><br>STIPULATION AND [PROPOSED]<br>ORDER CONTINUING SENTENCING<br>HEARING FROM APRIL 24, 2013 TO<br>AUGUST 21, 2013 |

On April 24, 2013, the parties are scheduled to appear for a sentencing hearing before this Court. In this matter, the defendant pled guilty pursuant to a cooperation plea agreement. The defendant's opportunities for cooperation remain ongoing. Therefore, the government and defense need additional time to prepare for sentencing.

The parties hereby request this Court vacate the current sentencing date and reschedule it for August 21, 2013.

| | |
|---|---|
| DATED: April 18, 2013 | MELINDA HAAG<br>United States Attorney |
| | ___/s/_____<br>JEFFREY B. SCHENK<br>Assistant United States Attorney |
| | ___/s/_____<br>ROBERT CAREY<br>Attorney for Defendant |

**ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the sentencing hearing currently scheduled for April 24, 2013 be continued to August 21, 2013.

IT IS SO ORDERED.

DATED:    4/23/13                              _____
                                              LUCY H. KOH
                                              UNITED STATES DISTRICT JUDGE