ROBERT E. CAREY, JR., ESQ. (SBN 47556)
CAREY & CAREY
706 COWPER STREET
P.O. BOX 1040
PALO ALTO, CA  94302-1040
650/328-5510
650/853-3632 FAX

Attorneys for Defendant
BETH PINA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.   CR-10-00730-LHK |
|---|---|
| Plaintiff, | ORDER EXONERATING BAIL |
| vs. | |
| BARBRA ALEXANDER, et al., | |
| Defendants. | |

GOOD CAUSE APPEARING THEREFORE, and upon Motion of the Defendant, BETH PINA, it is hereby ordered, adjudged, decreed that the bail previously posted in this matter by the Defendant, BETH PINA, is hereby exonerated.

///

///

IT IS SO ORDERED:

DATED:   6/4/14

_____
HONORABLE LUCY H. KOH
UNITED STATES DISTRICT COURT JUDGE

1
ORDER FOLLOWING SENTENCING